

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00222-CV

IN THE MATTER OF THE MARRIAGE OF
KATELYN JAROSZEWSKI AND JARED JAROSZEWSKI
AND IN THE INTEREST OF F. J., H. J., AND J. J., CHILDREN

On Appeal from the
2nd 25th District Court of Lavaca County, Texas
Trial Court Cause No. 2021-07-24783CV

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

October 30, 2025